# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3225

_____

Tracy Buchanan,                                    *
                                                   *
          Appellant,                               *
                                                   *
     v.                                            *
                                                   *     Appeal from the United States
City of Little Rock; Officer Sturdivant,           *     District Court for the
#13173, Little Rock Police Department;             *     Eastern District of Arkansas.
Officer Jackson, #14962, Little Rock               *
Police Department,                                 *     [UNPUBLISHED]
                                                   *
          Appellees.                               *

_____

Submitted: June 1, 1999
Filed:  June 21, 1999

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD and MURPHY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Tracy Buchanan appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 claim against Little Rock police officer Laurel Sturdivant in her individual capacity. We remanded to the district court for it to determine whether

_____

[1]The Honorable Elsijane Trimble Roy, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.

Buchanan's untimely third amended complaint adding Sturdivant related back to his timely-filed original complaint. <u>See</u> <u>Buchanan v. City of Little Rock</u>, No. 96-3326, 1997 WL 78518 (8th Cir. Feb. 26, 1997) (unpublished per curiam). The district court found that the complaint did not relate back to the original complaint. <u>See</u> Fed. R. Civ. P. 15(c). After carefully reviewing the record and the parties' submissions, we conclude dismissal was proper as Buchanan did not demonstrate circumstances that would support a conclusion that the amended complaint related back. Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.